**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@toddflaw.com
23586 Calabasas Rd., Suite 105
Calabasas, CA 91302
Telephone: (323) 306-4234

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LACCINOLE, <br><br> PLAINTIFF, <br><br> v. <br><br> SILVERLAKE FINANCIAL, LLC, <br><br> DEFENDANT. | Case No.: 8:25-cv-00496-FWS-DFM <br><br> **NOTICE OF SETTLEMENT** |

Plaintiff, Christopher Laccinole, by counsel, hereby files this notice of settlement to report that the parties have reached a settlement of all claims and anticipate completing the related documentation within the next 45 days and will thereafter file a stipulation of dismissal.

DATED: August 13, 2025

                Respectfully submitted,

                By: **/s/ Todd M. Friedman**
                Todd M. Friedman
                **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

John A. Love*
**Love Consumer Law**
2500 Northwinds Parkway
Suite 330
Alpharetta, GA  30009
404.855.3600
tlove@loveconsumerlaw.com

*Admitted *pro hac vice*

Attorneys for Plaintiff

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On August 13, 2025, I electronically filed with the Court through its CM/ECF program and served a true copy through the same program the following documents: **NOTICE OF SETTLEMENT** in said case as follows:

[x]   ELECTRONICALLY, Pursuant to the CM/ECF system, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an email notification of the filing to the parties and counsel of record listed above who are registered with the Court's CM/ECF system.

Place of Filing: 23586 Calabasas Rd., Suite 105, Calabasas, CA 91302.

Executed on August 13, 2025, at Calabasas, CA

[x]   I hereby certify under the penalty of perjury that the foregoing is true and correct.

By:   /s/ Todd M. Friedman
      Todd M. Friedman